*Abraham H. Bradley* v. *Cheney Amidon et al.* P. OUTWATER Jun., for complainants; E. FORMAN, for defendants.

Decree of the vice chancellor reversed, and bill dismissed with costs, including the costs of the executors and trustees upon this appeal.